BEFORE: WILLIAM D. WALL　　　　　　　　　　　　　　　　DATE: 10/21/09

UNITED STATES MAGISTRATE JUDGE　　　　　　　　　　TIME: 10:00 AM

DOCKET NO.　CV 07-3282　　　　　　　ASSIGNED JUDGE: SEYBERT

CASE NAME:　CONNOLLY, ET AL. V. THE TJX COMPANIES, INC., ET AL.

　　　　　　　　　　　　　　　CIVIL CONFERENCE

Initial ____ Status ____ Settlement ____ Pretrial ____ Other: Oral Argument

APPEARANCES:　Plaintiff　　Larry McCord

　　　　　　　　Defendant　　Devjani Mishra

**SCHEDULING:** The next Status conference will be held on November 5, 2009 at 10:00 am.

**THE FOLLOWING RULINGS WERE MADE:**

☐　Scheduling Order entered.

☐　The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐　Referred to mediation by separate order.

☐　The joint pretrial order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge

X☐　Other: The defendant's motion to compel and preclude ( DE 30 ) is GRANTED in part as unopposed. The plaintiff shall provide all outstanding discovery including all medical authorizations no later than November 4, 2009. Failure to fully comply will result in this court's recommendation that the matter be dismissed. The plaintiff is sanctioned in the amount of $ 500.00 payable to defendant's counsel as the cost of this motion.
　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　/s/ William D. Wall
　　　　　　　　　　　　　　　　　　　WILLIAM D. WALL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge