UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Connolly, et al.

                       Plaintiff(s),              **ORDER FOR WRITTEN STATUS REPORT**
                                                                                     CV 07-3282(JS)(WDW)

      -against-

The TJX Companies, Inc., et al.


                       Defendant(s).
-------------------------------------------------------------X

**WALL, Magistrate Judge:**

Counsel for the plaintiff shall inform the court in writing, within ten days of the date of this order, of the present status of this case. Copies of the written report must be served on defendant(s). Oral communication with chambers will not satisfy this request. Failure to respond to this order could result in a report and recommendation to the district court that the case be dismissed.


Dated:  Central Islip, New York                    **SO ORDERED:**
           February 25, 2010

                                                         /S/William D. Wall
                                                         WILLIAM D. WALL
                                                         United States Magistrate Judge