```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
EILEEN CONNOLLY, ET AL.

                                        CALENDAR NOTICE
     -V-
                                        CV 07-3282(JS)(WDW)


THE T.J.X. COMPANIES, INC., ET AL.
     (and counterclaim)
-------------------------------X
```

APPEARANCES:

For plaintiff(s):
Larry McCord, Esq.
1291 Straight Path
W. Babylon  NY 11704

For defendant(s):
Dov Kesselman, Esq.
Seyfarth Shaw
620  8 Av.
New York  NY 10018


THE ABOVE-REFERENCED CASE IS SCHEDULED FOR PRE-MOTION CONFERENCE AT **10:30AM ON FRIDAY, MAY 14, 2010**.  THE RULE 56.1 STATEMENT(S) WILL BE REVIEWED AT THAT TIME.  A BRIEFING SCHEDULE WILL BE SET, IF APPROPRIATE.

PLEASE REPORT TO COURTROOM 1030 AT THE CENTRAL ISLIP COURTHOUSE, FEDERAL PLAZA, SPUR DR. NORTH OFF CARLETON AV.(CR 17)(SOUTHERN STATE PKWY. EXIT 43A.)

EXCEPT FOR CASES WITH *PRO SE* PARTIES, THE COURT MAY ENTERTAIN SETTLEMENT DISCUSSIONS.  COUNSEL MUST HAVE SETTLEMENT AUTHORITY OR BE ABLE TO REACH SOMEONE WITH AUTHORITY WHEN APPEARING.

TO MINIMIZE THE RISK OF UNDELIVERED MAIL OR E-MAIL, PARTIES ARE REQUESTED TO CONFIRM RECEIPT OF THIS NOTICE <u>WITH EACH OTHER</u>.

```
                                  /s/
                              _____
                              CHARLES J. BARAN,
                              COURTROOM DEPUTY CLERK FOR
                              HON. JOANNA SEYBERT
```

DATED: APR. 23, 2010
       CENTRAL ISLIP  NY