UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE:   ARLENE R. LINDSAY                    DATE: 6/9/2010
          United States Magistrate Judge
                                               TIME: 11:30 a.m.

DOCKET NO: CV 07-3282 (JS)

CASE:    Connolly v. TJX Companies

___   INITIAL CONFERENCE
___   STATUS CONFERENCE                        BY TELEPHONE___
 X    SETTLEMENT CONFERENCE
___   FINAL CONFERENCE

     APPEARANCES:        FOR PLAINTIFF:        FOR DEFENDANTS:

                         Larry McCord          Dov Kesselman

**The following rulings were made on the record:**

   **Settlement discussions were held.  Settlement is not possible at this time.**

                              SO ORDERED:
                              _____/s/_____