# EXHIBIT E

12204492v.1

```
                            Honick                         267
 1
 2   amount that was indicated to you could have
 3   been negotiated down.  How do you know that?
 4        A.   Well, I found out later on because
 5   that's what Lorraine did and that's -- yeah,
 6   I think Lorraine did it.
 7             And she said that, I didn't cause
 8   that much of a loss to the store.  So he
 9   goes, Well, what do you think that it should
10   be?  And she made up two -- one number and
11   another number, and they went with the lowest
12   number.  And I knew that after the fact.
13        Q.   Do you know what your reason for
14   termination was?  What they classified it as?
15        A.   They said that we caused a loss to
16   the company.
17        Q.   Do you recall whether they
18   mentioned that you had been terminated
19   because you were a dishonest employee?
20        A.   Well, dishonest and we caused a
21   loss to the company, yeah.
22        Q.   Did you receive annual performance
23   reviews during your employment at T.J.
24   Maxx --
25        A.   Yes, we did.
```