UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
EILEEN CONNOLLY, PAULETTE HONICK,
DARLENE LELLE, and LORRAINE SERRAINO,

                       Plaintiffs,

       v.

THE TJX COMPANIES, INC., RICK KAISER, and
ARMANDO CABRERA,

                       Defendants.
------------------------------------------x

07 Civ. 3282 (JS) (WDW)

## STIPULATION OF PARTIAL DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Eileen Connolly, Paulette Honick, Darlene Lelle and Lorraine Serraino ("Plaintiffs") and Defendants The TJX Companies, Inc., Rick Kaiser and Armando Cabrera (collectively, Defendants), through their respective undersigned counsel, that Counts 3, 7, 11 and 15 of the Amended Complaint asserting claims for Duress and Coercion against "all defendants" (see ¶¶ 47, 87, 126, and 167), and Counts 4, 8, 12 and 16 of the Amended Complaint asserting claims for Fraudulent Inducement against "all defendants," (see ¶¶ 56, 96, 135, 176), are hereby withdrawn with prejudice as against Defendant Rick Kaiser.  Each of these Counts continue to be asserted as against Defendant The TJX Companies, Inc. and Defendant Cabrera.

Dated: New York, New York
       July 8/3 2010

LARRY MCCORD & ASSOCIATES LLC

By: _____
   Larry J. McCord
   1291 Straight Path
   North Babylon, NY 11704
   (631) 643-3084
   Attorneys for Plaintiffs

SEYFARTH SHAW LLP

By: _____
   Dov Kesselman, Esq.
   Brian Murphy, Esq.
   620 Eighth Avenue
   New York, NY 10018
   (212) 218-5500
   Attorneys for Defendants

1

12493851v.2

SO ORDERED:

_____
Hon. Joanna Seybert
United States District Judge

12493851v.2