UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
EILEEN CONNOLLY, PAULETTE HONICK,
DARLENE LELLE, and LORRAINE SERRAINO,

                   Plaintiffs,

    v.

THE TJX COMPANIES, INC., RICK KAISER, and
ARMANDO CABRERA,

                  Defendants.
------------------------------------------------x

07 Civ. 3282 (JS) (WDW)

## STIPULATION OF PARTIAL DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Eileen Connolly, Paulette Honick, Darlene Lelle and Lorraine Serraino ("Plaintiffs") and Defendants The TJX Companies, Inc., Rick Kaiser and Armando Cabrera (collectively, Defendants), through their respective undersigned counsel, that Counts 3, 7, 11 and 15 of the Amended Complaint asserting claims for Duress and Coercion against "all defendants" (see ¶¶ 47, 87, 126, and 167), and Counts 4, 8, 12 and 16 of the Amended Complaint asserting claims for Fraudulent Inducement against "all defendants," (see ¶¶ 56, 96, 135, 176), are hereby withdrawn with prejudice as against Defendant Rick Kaiser. Each of these Counts continue to be asserted as against Defendant The TJX Companies, Inc. and Defendant Cabrera.

Dated: New York, New York
         July 8/3 2010

LARRY MCCORD & ASSOCIATES LLC

By: /s/ Larry J. McCord
Larry J. McCord
1291 Straight Path
North Babylon, NY 11704
(631) 643-3084
Attorneys for Plaintiffs

SEYFARTH SHAW LLP

By: /s/ Dov Kesselman
Dov Kesselman, Esq.
Brian Murphy, Esq.
620 Eighth Avenue
New York, NY 10018
(212) 218-5500
Attorneys for Defendants

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Aug 10, 2010
Central Islip, NY

12493851v.2