UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
EILEEN CONNOLLY, PAULETTE HONICK,      : **ECF CASE**
DARLENE LELLE, and LORRAINE SERRAINO,  :
: 07-CV-3282 (JS) (WDW)
Plaintiffs,  :
:
-against-     :
:
THE TJX COMPANIES, INC., RICK KAISER, and :
ARMANDO CABRERA,                       :
:
Defendants.   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


**DEFENDANTS' COMPENDIUM OF UNREPORTED CASES
CITED IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**


Dated:  New York, New York
        September 7, 2010

Of Counsel:

    Dov Kesselman
    Brian Murphy




SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Attorneys for Defendants
The TJX Companies, Inc., Rick Kaiser and Armando Cabrera

12687460v.1

For the convenience of the Court, Defendants The TJX Companies, Inc., Rick Kaiser and Armando Cabrera (collectively, "Defendants") provide herewith copies of unreported decisions cited in the accompanying Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment.

## CASES

Tab

Almonord v. Kingsbrook Jewish Med. Ctr.,
    2007 WL 2324961 (E.D.N.Y. Aug. 10, 2007)............................................................................1

Brown v. Cushman & Wakefield, Inc.,
    2002 WL 1751269 (S.D.N.Y. July 29, 2002) ...........................................................................2

Butler v. Potter,
    2009 WL 804722 (E.D.N.Y. Mar. 26, 2009)............................................................................3

Chan v. N.Y.C. Trans. Auth.,
    2004 WL 1812818 (E.D.N.Y. July 19, 2004)...........................................................................4

Cliffstar Corp. v. Alpine Foods, LLC,
    2010 WL 1949588 (W.D.N.Y. May 13, 2010).........................................................................5

Dayes v. Pace Univ.,
    2000 U.S. Dist. LEXIS 3698 (S.D.N.Y. Mar. 22, 2000) ..........................................................6

Divers v. Metro. Jewish Health Sys.,
    2009 WL 103703 (E.D.N.Y. Jan. 14, 2009) .............................................................................7

Elgamil v. Syracuse Univ.,
    2000 U.S. Dist. LEXIS 12598 (N.D.N.Y. Aug. 21, 2000) .......................................................8

Gordon v. Kings County Hosp. Ctr.,
    2000 WL 1868091 (E.D.N.Y. Oct. 25, 2000)...........................................................................9

Grossman v. Gap, Inc.,
    1998 U.S. Dist. LEXIS 3626 (S.D.N.Y. Mar. 24, 1998) ........................................................10

Hennigan v. Driscoll,
    2009 WL 3199220 (N.D.N.Y. Sept. 30, 2009) .......................................................................11

Hudson v. Fischer,
    2008 WL 5110974 (N.D.N.Y. Dec. 2, 2008)..........................................................................12

Koschoff v. Henderson,
    1999 WL 907546 (E.D. Pa. 1999) ...................................................................................13

Koss v. Sullivan County,
    2002 U.S. Dist. LEXIS 13294 (S.D.N.Y. July 22, 2002) .................................................14

Laurin v. Pokoik,
    2005 WL 911429 (S.D.N.Y. Apr. 18, 2005)....................................................................15

Legnani v. Alitalia Linee Aeree Italiane,
    1997 WL 642556 (S.D.N.Y. Oct. 16, 1997) ....................................................................16

Missick v. City of New York,
    2010 WL 1655446 (E.D.N.Y. Mar. 22, 2010) .................................................................17

Morris v. Ales Group USA, Inc.,
    2007 WL 1893729 (S.D.N.Y. June 29, 2007) .................................................................18

Nieves v. District Council 37, AFSCME, AFL-CIO,
    2009 WL 4281454 (S.D.N.Y. Nov. 24, 2009) .................................................................19

Osorio v. Source Enter., Inc.,
    2006 WL 2548425 (S.D.N.Y. Sept. 5, 2006)....................................................................20

Patterson v. CBS, Inc.,
    2000 WL 666337 (S.D.N.Y. 2000)...................................................................................21

Philippeaux v. Fashion Inst. of Tech.,
    1996 WL 164462 (S.D.N.Y. Apr. 9, 1996).......................................................................22

Ragin v. E. Ramapo Cent. Sch. Dist.,
    2010 WL 1326779 (S.D.N.Y. Mar. 31, 2010) ..................................................................23

Reddy v. Carpal Holdings, Ltd.,
    2010 WL 1379844 (S.D.N.Y. Mar. 31, 2010) ..................................................................24

Romano v. Stora Enso Corp.,
    2010 WL 986535 (E.D.N.Y. Feb. 12, 2010).....................................................................25

Rumala v. N.Y.C. Transit Auth.,
    2005 WL 2076596 (E.D.N.Y. Aug. 26, 2005)..................................................................26

Samborski v. W. Valley Nuclear Servs.,
    2002 U.S. Dist. LEXIS 12745 (W.D.N.Y. June 25, 2002)...............................................27

Sandyford v. Fort Greene Senior Citizen's Council, Inc.,
    2009 WL 705761 (E.D.N.Y. Mar. 16, 2009)....................................................................28

12687460v.1

Santiago v. City of N.Y.,
    2009 WL 935720 (E.D.N.Y. Mar. 31, 2009) .................................................................29

Sgarlata v. Viacom Inc.,
    2005 WL 659198 (S.D.N.Y. Mar. 22, 2005) .................................................................30

Sicular v. N.Y.C. Dep't of Homeless Servs.,
    2010 WL 423013 (S.D.N.Y. Feb. 4, 2010) ...................................................................31

Simpson v. Metro-North Comm. R.R.,
    2006 WL 2056366 (S.D.N.Y. July 20, 2006) ...............................................................32

Vazquez v. Southside United Hous. Dev. Fund Corp.,
    2009 WL 2596490 (E.D.N.Y. Aug. 21, 2009) ..............................................................33

Vinokur v. Sovereign Bank,
    2010 WL 1223320 (E.D.N.Y. Mar. 22, 2010) ..............................................................34

Vito v. Bausch & Lomb, Inc.,
    2010 WL 681230 (W.D.N.Y. Feb. 23, 2010) ...............................................................35

Wells-Williams v. Kingsboro Psychiatric Ctr.,
    2007 WL 1011545 (E.D.N.Y. Mar. 30, 2007) ..............................................................36

Dated:   New York, New York
         September 7, 2010

                                      Respectfully submitted,

                                      SEYFARTH SHAW LLP

                                      By: s/ Dov Kesselman_____
                                         Dov Kesselman
                                         Brian Murphy
                                         620 Eighth Avenue
                                         New York, New York 10018
                                         Telephone:  (212) 218-5500
                                         Fax:  (212) 218-5526

                                      *Attorneys for Defendants The TJX Companies, Inc.,*
                                      *Rick Kaiser and Armando Cabrera*