**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2010, I electronically filed the foregoing Plaintiffs' Statement of Undisputed Material Facts Relating to Cross Motion (Rule 56.1), with the Clerk of the District Court using the CM/EFC system, which I sent notification of such filing to the following:

>Dov Kesselman
>Seyfarth Shaw LLP
>6240 Eighth Avenue
>New York, New York 10018
>
>*Attorney for Defendant*
>
>By: s/Larry J McCord
>   Larry J McCord and Associates, LLC
>   Attorney for Plaintiffs